THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE D. CURTIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-cv-1397-K |
| | § | |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT MEDIATION REPORT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Stephanie D. Curtis and Defendants The Travelers Home and Marine Insurance Company and Gerald Swauger respectfully submit this Joint Mediation Report in accordance with the Court's Order Granting Stay and For Administrative Closure signed October 4, 2010.

**I.**

On October 15, 2010, the parties engaged in good faith mediation of this matter before Honorable Harlan A. Martin (former) at which time the parties agreed to terms of the settlement of all claims stated or which could have been stated herein against all parties.

**II.**

The parties are in the process of finalizing the formal Settlement Agreement and payment of the settlement amounts.

**III.**

It is the expectation of the parties that the settlement will be finalized and the parties will seek dismissal of the suit within ten (10) days.

THE CURTIS LAW FIRM, PC

By:     /s/ Mark A. Castillo
Mark A. Castillo
Texas Bar No. 24027795
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214-752-2222
Facsimile: 214-752-0709

**ATTORNEYS FOR PLAINTIFF STEPHANIE D. CURTIS**

ZELLE HOFMANN VOELBEL & MASON LLP

By:     /s/ Terrence C. McRea
Terrence C. McRea
Texas Bar No. 13852980
Jennifer L. Gibbs
Texas Bar No. 24050656

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT THE TRAVELERS HOME AND MARINE INSURANCE COMPANY AND GERALD SWAUGER**

2122868v1